844

No. 89–7857.  BRADDOCK v. UNITED STATES.  C. A. 8th Cir.
Certiorari denied.

No. 89–7858.  MILES v. UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 89–7859.  HERNANDEZ-GARCIA v. UNITED STATES.  C. A.
10th Cir.  Certiorari denied.

No. 89–7860.  JOHN v. IMMIGRATION AND NATURALIZATION
SERVICE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–7861.  HART v. OKLAHOMA.  Ct. Crim. App. Okla.
Certiorari denied.

No. 89–7862.  HARVEY v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 89–7864.  NOBLE v. SULLIVAN, WARDEN, ET AL.  C. A.
8th Cir.  Certiorari denied.

No. 89–7865.  LEWIS v. VASQUEZ, WARDEN.  C. A. 9th Cir.
Certiorari denied.

No. 89–7866.  NUBINE v. OKLAHOMA.  Ct. Crim. App. Okla.
Certiorari denied.

No. 89–7868.  CECCATO v. CALIFORNIA.  Ct. App. Cal., 1st
App. Dist.  Certiorari denied.

No. 89–7869.  RODRIGUEZ-GONZALEZ v. UNITED STATES.
C. A. 2d Cir.  Certiorari denied.

No. 89–7870.  BREWER ET AL. v. UNITED STATES.  C. A. 6th
Cir.  Certiorari denied.

No. 89–7871.  CAMPBELL v. INGERSOLL MILLING MACHINE
CO. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 89–7872.  HOSCH v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 89–7874.  LAMB v. SOWDERS, WARDEN.  C. A. 6th Cir.
Certiorari denied.

No. 89–7875.  GAINES v. UNITED STATES.  C. A. 3d Cir.
Certiorari denied.